**DISTRICT OF NEW JERSEY**
**UNITED STATES BANKRUPTCY COURT**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph G. Devine, Jr., Esq.
Schiller, Knapp, Lefkowitz & Hertzel, LLP
*A LLP Formed in the State of New York*
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
518-786-9069
Attorneys for Creditor, M&T Bank as s/b/m to Hudson City Savings Bank

Order Filed on October 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Roy Ostrom

Debtor.

Case No.:   19-19016-JKS

Judge:   Hon. John K. Sherwood

Chapter: 11

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 18, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph G. Devine, Jr., Esq.
Schiller, Knapp, Lefkowitz & Hertzel, LLP
*A LLP Formed in the State of New York*
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
518-786-9069
Attorneys for Creditor, M&T Bank as s/b/m to Hudson City Savings Bank

In Re:

    Roy Ostrom

             Debtor.

Case No.:  19-19016-JKS

Judge:  Hon. John K. Sherwood

Chapter: 11

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

WHEREAS, M&T Bank s/b/m to Hudson City Savings Bank (hereinafter 'M&T Bank") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, or the granting of adequate protection herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, creditor and debtor hereby agree as follows:

1.     The debtor shall make adequate protection payments in the amount of $644.54 per month as to M&T Bank's secured claim as to the property at 4 Marion Lane, East Hampton, NY , beginning October 1, 2019 and continuing on the 1st day of each month thereafter until Confirmation of Plan.

2.     In the event the debtor fails to make any payment called for in this Stipulation within thirty (30) days of the due date, M&T Bank may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtor and counsel for debtor.  Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting M&T Bank relief from the automatic stay unless the debtor has filed an objection to the

certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

3. The debtor shall reimburse M&T Bank through the Chapter 11 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay.

_____  
Joseph G. Devine, Jr., Esq.  
Attorneys for M&T Bank  
Schiller, Knapp, Lefkowitz & Hertzel, LLP  
30 Montgomery Street, Suite 1205  
Jersey City, New Jersey 07302  

Date: 10/10, 2019

_____  
Thaddeus R. Maciag, Esq.  
Attorney for Debtor  
Maciag Law, LLC  
475 Wall Street  
Princeton, New Jersey 08540  

Date: 10/6, 2019